# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:20-cv-01534-CSH |
| YALE UNIVERSITY, | ) | |
| Defendant, | ) | |

## MOTION TO INTERVENE

Proposed-Intervenor Plaintiff Students for Fair Admissions, Inc. ("SFFA") moves this Court under Federal Rule of Civil Procedure 24(a) to grant SFFA intervention as of right or, in the alternative, permissive intervention under Federal Rule of Civil Procedure 24(b). SFFA includes with this motion a memorandum of law supporting its motion to intervene, a proposed complaint, a declaration by SFFA President Edward Blum, and a Rule 7.1 Statement. SFFA asks the Court to deem its complaint and declaration filed upon granting intervention.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 27, 2020 | /s/   *J. Michael Connolly* |

William S. Consovoy*
J. Michael Connolly (CT29695)
Steven C. Begakis*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Students for Fair Admissions, Inc.*

\**Pro hac vice* motion forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record for the United States via the Court's electronic filing and service on October 27, 2020. A true and correct copy of the foregoing has been served on Yale University via UPS overnight at the addresses below on October 27, 2020:

Yale University
Office of General Counsel
2 Whitney Avenue, 6th Floor
New Haven, CT 06510

Peter S. Spivack
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

/s/   *J. Michael Connolly*

J. Michael Connolly

*Counsel for Students for Fair Admissions, Inc.*