## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                             Civil Action No. 3:20-cv-01534-CSH

YALE UNIVERSITY,

        Defendant.

## DECLARATION OF EDWARD J. BLUM

I, Edward J. Blum, pursuant to 28 U.S.C. §1746, declare the following:

1.     I am an individual over twenty-one years of age, and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and am fully competent to declare as to matters stated herein

2.     I am the President of Students for Fair Admissions, Inc. ("SFFA"), which is an Internal Revenue Code Section 501(c)(3) organization formed for the purpose of defending human and civil rights secured by law, including the right of individuals to equal protection under the law, through litigation and any other lawful means. More specifically, SFFA seeks to promote and protect the right of the public to be free from discrimination on the basis of race in higher education admissions.

3.     SFFA's membership includes more than 20,000 students, parents, and others who believe that racial classifications and preferences in college admissions are unfair, unnecessary, and unconstitutional. SFFA has members throughout the country.

4.     SFFA has at least one member ("Applicant") who applied for and was denied admission to Yale's 2020 entering class.

5.     Applicant is Asian-American.

6.      Applicant was denied the opportunity to compete for admission to Yale on equal footing with other applicants on the basis of race or ethnicity due to Yale's discriminatory admissions policies.

7.      Applicant is ready and able to apply to transfer to Yale when it stops discriminating against applicants on the basis of race and ethnicity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, October 27 2020.

_____
Edward J. Blum

2