# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:20-cv-01534-CSH<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Proposed-Intervenor Plaintiff Students for Fair Admissions, Inc. states that it has no parent corporation and no corporation owns 10% or more of its stock.

Dated: October 27, 2020

Respectfully submitted,

/s/   *J. Michael Connolly*

William S. Consovoy*
J. Michael Connolly (CT29695)
Steven C. Begakis*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Students for Fair Admissions, Inc.*

**Pro hac vice* motion forthcoming

1