UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 3:20-cv-01534-CSH |
| ) | |
| YALE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff, United States of America. I was counsel listed on the Complaint and file this now for purposes of CM/ECF notification.

Dated:  November 12, 2020

Respectfully submitted,

 /s/ Jeffrey Morrison
JEFFREY MORRISON (PHV10881)
Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone:  (202) 353-1845
Facsimile:  (202) 514-1005
E-mail:  jeffrey.morrison@usdoj.gov

Attorneys for Plaintiff
United States of America

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the Court causing same to be served electronically via the Court's CM/ECF system upon proposed-intervenor's counsel:

J. Michael Connolly (CT29695)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

I also certify that I am providing a true and accurate copy to counsel for Defendant Yale University as indicated in its waiver of service:

Peter S. Spivack
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Peter.spivack@hoganlovells.com
(202) 637-5631

                                                    */s/ Jeffrey Morrison*
                                                    Jeffrey Morrison