UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YALE UNIVERSITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No: 3:20-cv-01534-CSH |

**THE UNITED STATES' NOTICE OF
DEFENDANT YALE'S WAIVER OF SERVICE OF SUMMONS**

Plaintiff United States of America hereby provides notice of Defendant Yale University's waiver of service of summons in this case. A true and accurate copy of the waiver of service of summons excuted by Yale's counsel is attached as Exhibit A.

Dated: November 12, 2020                    Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

JOHN B. DAUKAS
Principal Deputy Assistant Attorney General
Civil Rights Division

 /s/ Jeffrey Morrison
SERAJUL F. ALI (PHV10883)
MATTHEW J. DONNELLY (PHV10507)
GENEVIEVE M. KELLY (PHV10884)
JEFFREY G. MORRISON (PHV10881)
Trial Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

        Telephone:  (202) 353-1845
        Facsimile:  (202) 514-1005
        E-mail:  jeffrey.morrison@usdoj.gov

        JOHN H. DURHAM
        United States Attorney
        District of Connecticut

        JOHN B. HUGHES
        Civil Chief
        United States Attorney's Office
        District of Connecticut
        157 Church Street, 25th Floor
        New Haven, Connecticut 06510
        john.hughes@usdoj.gov

        Attorneys for Plaintiff
        United States of America

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the Court causing same to be served electronically via the Court's CM/ECF system upon proposed-intervenor's counsel:

J. Michael Connolly (CT29695)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

I also certify that I am providing a true and accurate copy to counsel for Defendant Yale University as indicated in its waiver of service:

Peter S. Spivack
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5631
Peter.spivack@hoganlovells.com

        */s/ Jeffrey Morrison*
        Jeffrey Morrison