# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No: 3:20-cv-01534-CSH |
| YALE UNIVERSITY, ) | |
| Defendant. ) | |

## THE UNITED STATES' RESPONSE TO THE
## MOTION TO INTERVENE BY STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff United States of America has no opposition to the Motion to Intervene filed by proposed-intervenor Students for Fair Admissions, Inc.

Dated: November 12, 2020

Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

JOHN B. DAUKAS
Principal Deputy Assistant Attorney General
Civil Rights Division

 /s/ Jeffrey Morrison
SERAJUL F. ALI (PHV10883)
MATTHEW J. DONNELLY (PHV10507)
GENEVIEVE M. KELLY (PHV10884)
JEFFREY G. MORRISON (PHV10881)
Trial Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone:  (202) 353-1845
Facsimile:  (202) 514-1005
E-mail:   jeffrey.morrison@usdoj.gov

JOHN H. DURHAM
United States Attorney
District of Connecticut

JOHN B. HUGHES
Civil Chief
United States Attorney's Office
District of Connecticut
157 Church Street, 25th Floor
New Haven, Connecticut 06510
john.hughes@usdoj.gov

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Court causing same to be served electronically via the Court's CM/ECF system upon proposed-intervenor's counsel:

J. Michael Connolly (CT29695)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

I also certify that I am providing a true and accurate copy to counsel for Defendant Yale University as indicated in its waiver of service:

Peter S. Spivack
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Peter.spivack@hoganlovells.com
(202) 637-5631

                                                      */s/ Jeffrey Morrison*
                                                      Jeffrey Morrison