UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiffs,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>                            Defendants. | Civil Action No. 3:20-cv-01534-CSH<br><br><br>October 30, 2020 |

## AFFIDAVIT OF NEAL KUMAR KATYAL
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Neal Kumar Katyal, being duly sworn, depose and say:

1. I am a partner of the law firm of Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, D.C. 20004, Telephone (202) 637-5528, Facsimile (202) 637-5910. My email address is neal.katyal@hoganlovells.com.

2. I am submitting this affidavit in support of the motion of Christopher F. Droney seeking my admission to the bar of the Court *pro hac vice* to represent Defendant Yale University pursuant to Local Rule 83.1(d).

3. I am duly authorized to practice law and am a member in good standing of the bars of the State of Maryland (1606100002) and District of Columbia (462071), and have been admitted to practice in U.S. District Court for the District of Columbia and Bankruptcy Courts (462071), U.S. Court of Appeals Federal Circuit, U.S. Court of Appeals for the First Circuit (1174716), U.S. Court of Appeals for the Second Circuit (08-193075), U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the

Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. Supreme Court, U.S. Court of International Trade. I am a member in good standing of each of these bars and have included bar numbers where assigned by the respective Court. I was previously admitted to the U.S. District Court for the Western District of Washington in April 2004, and was administratively removed after not seeking renewal in December 2012, and was recently re-admitted to that court *pro hac vice* in February of this year. These are the only bars to which I have ever been admitted.

4. I have no pending disciplinary complaints against me.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Christopher F. Droney, my sponsoring attorney, is hereby designated as my agent for any service of process for any dispute that arises out of my admission to this Court. Likewise, the District of Connecticut is hereby designated as the forum for the resolution of any dispute that arises out of my admission to this Court.

8.  I respectfully request that my admission *pro hac vice* be granted in this matter.

Dated at Washington, D.C. this 30 th day of October, 2020.

_____
Neal Kumar Katyal

Subscribed and sworn to before me
This 30 th day of October, 2020

_____
Notary Public

