# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>        Defendant. | Civil Action No. 3:20-cv-01534-CSH<br><br>November 13, 2020 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), Christopher F. Droney, a member in good standing of the bar of this Court, moves for an order permitting Sundeep Iyer, a non-resident attorney, to be admitted *pro hac vice* to represent the Defendant, Yale University, in this case.

In support of this motion, the undersigned sponsoring attorney represents as follow:

1. Attorney Iyer is a lawyer with the law firm of Hogan Lovells US LLP, and practices at its office at Columbia Square, 555 Thirteenth Street, NW, Washington D.C. 20004.

2. Accompanying this motion is the duly sworn and executed affidavit of Attorney Iyer setting forth all information required by subsection (d)(1) of Local Rule 83.1.

3. The granting of this motion will not affect the timing of any scheduled deadlines or hearings.

4. Payment to the Clerk of this Court of the Two Hundred Dollar ($200.00) fee required for Attorney Iyer's admission as a Visiting Attorney accompanies this Motion, in accordance with the requirements of Local Rule 83.1(d)(2).

-2-

5. Pursuant to Local Rule 83.1(d)(4), Attorney Iyer will promptly file a certificate of good standing from the bar of the District of Columbia, the jurisdiction in which he has his primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that Attorney Iyer be admitted to this Court as a Visiting Attorney for the purposes of representing the Defendant.

    Respectfully Submitted,
*/s/ Christopher F. Droney*
Christopher F. Droney (ct00020)
cdroney@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT  06103
Telephone: (860) 275-0100
Fax: (860) 967-0793

Counsel for Defendant Yale University

-3-

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of November, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                               */s/ Christopher F. Droney*
                                               Christopher F. Droney