UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:20-cv-01534-CSH<br><br><br>October 30, 2020 |

## AFFIDAVIT OF JO-ANN TAMILA SAGAR
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jo-Ann Tamila Sagar, being duly sworn, depose and say:

1. I am a Senior Associate of the law firm of Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, D.C. 20004, Telephone (202) 637-6454, Facsimile (202) 637-5910. My email address is jo-ann.sagar@hoganlovells.com.

2. I am submitting this affidavit in support of the motion of Christopher F. Droney seeking my admission to the bar of the Court *pro hac vice* to represent Defendant Yale University pursuant to Local Rule 83.1(d).

3. I am duly authorized to practice law and am a member in good standing of the bar of the State of New York (5376082). I have been admitted to practice in the United States District Court for the Southern District of New York, and the United States Courts of Appeals for the First, Sixth, and Eighth Circuits. No numbers have been assigned to me for the federal bars. These are the only bars to which I have ever been admitted. I am a member in good standing of each of these bars.

4. I have no pending disciplinary complaints against me.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Christopher F. Droney, my sponsoring attorney, is hereby designated as my agent for any service of process for any dispute that arises out of my admission to this Court. Likewise, the District of Connecticut is hereby designated as the forum for the resolution of any dispute that arises out of my admission to this Court.

8. I respectfully request that my admission *pro hac vice* be granted in this matter.

Dated at Washington, D.C. this 30th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　Jo-Ann Tamila Sagar

Subscribed and sworn to before me
This 30th day of October, 2020

Sandra Hall
Notary Public

