UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL NO. 3:20-cv-01534-CSH |
| Plaintiff, | : | |
| v. | : | |
| YALE UNIVERSITY, | : | |
| Defendant. | : | NOVEMBER 13, 2020 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yale University declares that it is not a stock corporation and no publicly held company owns any shares of the defendant.

Respectfully Submitted,

Peter S. Spivack
Michael J. Zubrow
Hogan Lovells US LLP
555 13th St., NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
Peter.Spivack@hoganlovells.com
Michael.zubrow@hoganlovells.com
(*Pro hac vice motions pending*)

*/s/ Christopher F. Droney*
Christopher F. Droney (ct00020)
Erick M. Sandler (ct25029)
Sara J. van Vliet (ct30690)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
(860) 275-0100
(860) 275-0343 (fax)
cdroney@daypitney.com
emsandler@daypitney.com
svanvliet@daypitney.com

*Counsel for Defendant
Yale University*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

      By:  /s/ *Christopher F. Droney*
      Christopher F. Droney (ct00020)