UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>YALE UNIVERSITY,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:20-cv-01534-CSH<br><br><br>November 18, 2020 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, YALE UNIVERSITY, in the above-entitled action.

　　　　　　　　　　　　　　　　　　DEFENDANT,
　　　　　　　　　　　　　　　　　　YALE UNIVERSITY


　　　　　　　　　　　　　　　　By: */s/　　　Peter Spivack*
　　　　　　　　　　　　　　　　　　Peter Spivack (phv10936)
　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　555 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　 (202) 637-5600
　　　　　　　　　　　　　　　　　　 (202) 637-5910 (fax)
　　　　　　　　　　　　　　　　　　Peter.Spivack@hoganlovells.com

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of November, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Peter Spivack*_____
Peter Spivack

\\DC - 055963/003045 - 15789163 v1