## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   v.<br><br>YALE UNIVERSITY,<br><br>                         Defendants. | Civil Action No. 3:20-cv-01534-CSH<br><br><br>November 20, 2020 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, YALE UNIVERSITY, in the above-entitled action.

                                            DEFENDANT,
                                            YALE UNIVERSITY

                                     By: */s/ Jo-Ann Tamila Sagar*
                                            Jo-Ann Tamila Sagar (phv10964)
                                            HOGAN LOVELLS US LLP
                                            555 Thirteenth Street, N.W.
                                            Washington, DC 20004
                                            (202) 637-5600
                                            (202) 637-5910 (fax)
                                            jo-ann.sagar@hoganlovells.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of November, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Jo-Ann Tamila Sagar*
Jo-Ann Tamila Sagar