

# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

---

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jo-Ann Jamila Sagar

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of September, 2015**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of November, 2020**.

*Robert D Mayberger*

Clerk

Receiving Tracking

Page 1 of 1



# Package Delivery Receipt
(return this portion to mailroom)

Date of Receipt: **Nov 9, 2020**
Time of Receipt: **09:41AM**
Tracking ID:   **INB0003383**

Vendor:   **FedEx**
Tracking #:   **795964598133**

*Susan Boyn* (signature)

Recipient: **Jo-Ann Sagar**
  Room:      Office:
  Floor:     Phone: **+1 202-637-6454**

Deliver To:
  Room:      Office:
  Floor:     Phone:

Special Delivery Instructions & Package Notes:

INB0003383

---

PS|Ship Package Tracking Number
INB0003383

Delivery Time:

Received By: _____
           Signature

Name: _____
           Print Name

Location: _____

Notes: _____

☐ Attempted     ☐ Left

------Detach Here------