UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY,<br><br>        Defendant. | Civil Action No.<br>3:20 - CV - 1534 (CSH)<br><br><br>NOVEMBER 30, 2020 |

## ORDER EXTENDING TIME TO FILE AND TO CONFER

**HAIGHT, Senior District Judge:**

Upon consideration of the "Motion for Extension of Time to File and to Confer" [Doc. 30] filed by Defendant Yale University, and for good cause shown, it is ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that the deadline for Defendant to answer, move or otherwise respond to Plaintiff's Complaint [Doc. 1] is extended until thirty (30) days after this Court decides the pending "Motion to Intervene" [Doc. 5]. It is FURTHER ORDERED that the parties shall confer pursuant to Fed. R. Civ. P. 26(f) thirty (30) days after this Court decides the pending "Motion to Intervene" [Doc. 5].

It is SO ORDERED.

Dated: New Haven, Connecticut
       November 30, 2020

                              */s/Charles S. Haight, Jr.*
                              CHARLES S. HAIGHT, JR.
                              Senior United States District Judge