UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 3:20-cv-01534-CSH |
| YALE UNIVERSITY, | ) ) ) | December 2, 2020 |
| Defendant, | ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Conn. L. Civ. R. 83.1(d), J. Michael Connolly, a member in good standing of the bar of this Court, moves for an order permitting Cameron T. Norris, a nonresident attorney, to be admitted *pro hac vice* to represent Proposed Intervenor-Plaintiff, Students for Fair Admissions, Inc., in this case.

In support of this motion, the undersigned sponsoring attorney represents as follow:

1. Attorney Norris is a lawyer with the law firm of Consovoy McCarthy PLLC, which is located at 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209.

2. Accompanying this motion is a declaration of Attorney Norris setting forth all of the information required by subsection (d)(1) of Local Rule 83.1.

3. The granting of this motion will not affect the timing of any scheduled deadlines or hearings.

4. Payment to the Clerk of this Court of the Two Hundred Dollar ($200.00) fee required for Attorney Norris' admission as a Visiting Attorney accompanies this Motion, in accordance with the requirements of Local Rule 83.1(d)(3).

2

5. Pursuant to Local Rule 83.1(d)(4), Attorney Norris will promptly file a certificate of good standing from the bar of the State of Tennessee, the jurisdiction in which he has his primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that Attorney Norris be admitted to this Court as a Visiting Attorney to represent Proposed Intervenor-Plaintiff.

Respectfully submitted,

Dated: December 2, 2020                     /s/   *J. Michael Connolly*

William S. Consovoy\*
J. Michael Connolly (CT29695)
Cameron T. Norris\*
Steven C. Begakis\*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
steven@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Students for Fair Admissions, Inc.*

\**Pro hac vice* motion forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system on December 2, 2020, thereby serving all counsel of record.

/s/   *J. Michael Connolly*

J. Michael Connolly

*Counsel for Students for Fair Admissions, Inc.*