UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 3:20-cv-01534-CSH <br> ) |
| YALE UNIVERSITY, | ) <br> ) |
| Defendant, | ) <br> ) |

**DECLARATION OF CAMERON T. NORRIS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Cameron T. Norris, pursuant to 28 U.S.C. §1746, declare as follows under penalty of perjury:

1. I am an associate of the law firm of Consovoy McCarthy PLLC, located at 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209. My telephone number is (703) 243-9423, and my email address is cam@consovoymccarthy.com.

2. I am submitting this declaration in support of J. Michael Connolly's motion seeking my admission to the bar of this Court *pro hac vice* to represent Students for Fair Admissions, Inc.

3. I am duly authorized to practice law and am a member in good standing of the bars of the Commonwealth of Virginia (#91624) and the State of Tennessee (#33467), the U.S. District Courts for the District of Maryland (#21328), District of Columbia, the Central District of Illinois, the Western District of Michigan, the District of Nebraska, and the Western District of Texas, the U.S. Courts of Appeals for the First (#1186844), Second, Fourth, Fifth, Sixth, Seventh, Eighth (#20-0134), Ninth, Tenth, Eleventh and District of Columbia Circuits, and the U.S. Supreme Court (#313175).

4. I have no pending disciplinary complaints against me.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. J. Michael Connolly, my sponsoring attorney, is hereby designated as my agent for any service of process for any dispute that arises out of my admission to this Court. Likewise, the District of Connecticut is hereby designated as the forum for the resolution of any dispute that arises out of my admission to this Court.

8. I respectfully request that my admission *pro hac vice* be granted in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 2nd day of December, 2020.

_____
Cameron T. Norris