UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>                              Defendant, | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:20-cv-01534-CSH<br>)<br>)<br>)  December 4, 2020<br>)<br>) |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Cameron T. Norris, on behalf of Proposed Intervenor-Plaintiff, STUDENTS FOR FAIR ADMISSIONS, INC., in the above-entitled action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 4, 2020 | /s/   *Cameron T. Norris*<br><br>William S. Consovoy*<br>J. Michael Connolly (CT29695)<br>Cameron T. Norris (PHV10999)<br>Steven C. Begakis*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>will@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>steven@consovoymccarthy.com<br><br>*Counsel for Students for Fair Admissions, Inc.*<br><br>**Pro hac vice* motion forthcoming |

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system on December 4, 2020, thereby serving all counsel of record.

/s/   *Cameron T. Norris*

Cameron T. Norris

*Counsel for Students for Fair Admissions, Inc.*