UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | No. 3:20-cv-1534 (CSH) |
| | : | |
| YALE UNIVERSITY, | : | |
| *Defendant.* | : | DECEMBER 14, 2020 |
| | : | |

NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney William M. Brown Jr. as additional counsel for the Plaintiff, United States of America.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

   */s/ William M. Brown, Jr.*
William M. Brown Jr., ct20813
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: William.brown2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/
                                      William M. Brown Jr.
                                      Assistant United States Attorney