# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 3:20-cv-01534-CSH |
| YALE UNIVERSITY, | |
| Defendant. | February 2, 2021 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. Local Rule 7(e), the undersigned counsel for Defendant Yale University ("Yale") hereby moves to withdraw his appearance (Doc. 26). In support of this motion, the undersigned represents that he soon will be leaving Hogan Lovells, US LLP, lead counsel for Yale, for other employment. Yale will continue to be represented in this action by Attorneys Christopher F. Droney, Erick M. Sandler and Sara J. van Vliet (Day Pitney LLP) and Neal Kumar Katyal, Peter S. Spivack, Jo-Ann Tamila Sagar, and Sundeep Iyer (*pro hac vice*, Hogan Lovells, US LLP). Yale has been notified of the filing of this motion.

WHEREFORE, the undersigned requests that the Court grant the withdrawal of his appearance for Yale.

DEFENDANT,
YALE UNIVERSITY

By: */s/ Michael J. Zubrow*
Michael J. Zubrow (phv10953*)*
Hogan Lovells, US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
michael.zubrow@hoganlovells.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of February, 2021, a copy of the foregoing Motion To Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

*/s/ Michael J. Zubrow*
Michael J. Zubrow