UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YALE UNIVERSITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No: 3:20-cv-01534-CSH |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff United States notices dismissal of this action.  Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Defendant Yale has not served an answer or motion for summary judgment in this action.  The United States accordingly notices voluntary dismissal of this action, without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

JOHN H. DURHAM
United States Attorney
District of Connecticut

GREGORY B. FRIEL
Deputy Assistant Attorney General
Civil Rights Division


JOHN B. HUGHES
Civil Chief
WILLIAM M. BROWN, JR.
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street, 25th Floor
New Haven, Connecticut 06510

*/s/ Jeffrey Morrison*
SERAJUL F. ALI (PHV10883)
MATTHEW J. DONNELLY (PHV10507)
JEFFREY G. MORRISON (PHV10881)
Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-353-1845
jeffrey.morrison@usdoj.gov

Attorneys for Plaintiff
United States of America


Dated:  February 3, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2021, I electronically filed the foregoing Notice with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Jeffrey Morrison*
                                          JEFFREY G. MORRISON (PHV10881)
                                          Attorney for the United States