**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Yale University | 3:20cv1534 (CSH) |

## ORDER RETURNING SUBMISSION

We have received your filing, however, it is deficient in the area(s) checked below:

☐  Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐  Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐  Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)

☒  Other: You are not listed as a party in the case, and are therefore, unable to file documents in the above-mentioned case. The case has also been dismissed by the parties; the Order is included.

The Clerk is hereby ORDERED to return the above document.

| | |
|---|---|
| February 4, 2021 | /s/ Charles S. Haight, Jr. |
| Date | Senior United States District Judge |

(TN)