UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case # 3:20-cv-01534 |
| ) | |
| YALE UNIVERSITY, ) | |
| ) | Date: January 28, 2021 |
| Defendant. ) | |

## NOTICE OF INTENT TO FILE VICTIM WITNESS IMPACT STATEMENT

NOW INTO COURT COMES the Victim Witness Brian Dodd ("Victim") and files this Notice of Intent to File Victim Impact Statement. On or around January 26th, 2021, the Victim communicated by email and phone message to Plaintiff USA / Dept of Justice's attorneys the Victim's intent to file his Victim Witness Impact Statement in the case styled above. On or around January 27th, 2021, the Victim communicated by email and phone call to Defendant Yale University's attorneys the Victim's intent to file his Victim Witness Impact Statement in the case styled above. The Victim Witness Impact Statement will include a plain statement of pending and related cases as to this case, as written and / or as exhibit, as well as any discrimination, segregation, ongoing, and other issues as to Plaintiff causing the Victim's permanent, severe, comorbid disabilities and complete destruction of Victim's life, education, finances, employability, family, judicial and social responsibilities, and other.

## CERTIFICATE OF SERVICE

I, Brian Dodd, will email and / or mail the parties my Victim Witness Impact Statement.

Date: January 28th, 2021

/s/ Brian Dodd
Victim Witness Brian Dodd
7252 Spring Hill Drive, Spring Hill FL 34606
# 813 379 9863, briandodd519@gmail.com

RECEIVED
FEB 02 2021
U.S. DISTRICT COURT
NEW HAVEN, CT



TAMPA FL 335
SAINT PETERSBURG FL
28 JAN 2021 PM 4 L

U.S. DIST COURT
OFFICE OF THE CLERK
141 CHURCH ST
NEW HAVEN CT
06510

06510-207689

BRIAN DODD
7252 SPRING HILL DR
SPRING HILL FL
34606